IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| WILLIE ARTHUR SULLEN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIV. ACT. NO. 1:20-cv-95-TFM-B |
| | ) |
| ELWOOD HOGAN, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## MEMORANDUM OPINION and ORDER

On October 15, 2020, the Magistrate Judge entered a report and recommendation which recommends this action be dismissed without prejudice for failure to exhaust his state remedies. *See* Doc. 9. No objections were filed.

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation is **ADOPTED** as the opinion of this Court. Therefore, Plaintiff's federal claims are **DISMISSED without prejudice** prior to service of process pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim upon which relief may be granted. The federal claims having been dismissed the Court declines to exercise supplemental jurisdiction over Plaintiff's state law claims. Accordingly Plaintiff's state law claims are also **DISMISSED without prejudice**.

**DONE** and **ORDERED** this 2nd day of December, 2020.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE